```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
May 15, 2023
SEAN F. McAVOY, CLERK

| | |
|---|---|
| RAKESH D. RAY,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE M. FITZGERALD, et al.,<br><br>    Defendants. | No. 2:23-CV-00007-ACE<br><br>ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiff's complaint filed on January 6, 2023. ECF No. 1. Plaintiff appears *pro se*.

On April 24, 2023, the Court reviewed the file and found there was no proof of service in this matter, the summons had not been returned, and Defendants had not appeared. ECF No. 6. The Court thus ordered Plaintiff to show cause why this matter should not be dismissed, without prejudice, for lack of service. *Id.*

Plaintiff did not file a response to the show cause order. Accordingly, **IT IS HEREBY ORDERED** Plaintiff's complaint, ECF No. 1, be **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide a copy to Plaintiff, and **CLOSE THE FILE**.

DATED May 15, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS . . . - 1